# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SKYLARK MEATS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV003 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| INTERNATIONAL SPICES, LTD, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by counsel for the plaintiff on December 23, 2011,

**IT IS ORDERED that:**

1. **On or before January 25, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. The final pre-trial conference scheduled for March 13, 2012 is cancelled.

3. The trial scheduled for the week of April 16, 2012 is cancelled.

4. All currently pending motions are hereby termed as moot.

5. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 23rd day of December, 2011.

BY THE COURT:

S/ Thomas D. Thalken

United States Magistrate Judge