IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SKYLARK MEATS, LLC, | ) | CASE NO. 8:11-cv-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| INTERNATIONAL SPICES, LTD, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to written Stipulation of the parties filed herein, the above-entitled cause is hereby forever dismissed, with prejudice, each party to pay its own costs and attorney fees.

DATED:   January 23, 2012

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Court Judge

Prepared and submitted by:

Ronald F. Krause - 15980
Cassem, Tierney, Adams,
   Gotch & Douglas
Suite 300
8805 Indian Hills Drive
Omaha, Nebraska  68114
(402) 390-0300

Approved as to form and content by:

Bartholomew L. McLeay – 17746
Janice Holmes - 23525
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000